IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DONALD REZNICEK ANDCOLLEEN MCFARLAND, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:22-CV-332-L** |
| DALLCO MARKETING, INC. d/b/z ALDO INDUSTRIES et al., | § § § § | |
| Defendants. | § | |

## ORDER

Before the court in this False Claims Act case is the Government's Notice of Intervention for Purposes of Settlement and Dismissal ("Notice"), filed on October 31, 2023, in which the government states that a settlement agreement that will resolve this action has been executed. It is therefore **ordered** that the following documents shall be unsealed and publicly docketed by the clerk: the Complaint (filed on February 10, 2022), the Government's Intervention Notice (filed on October 31, 2023), and this order. All other documents filed in this action prior to the date of this order shall remain **under seal**. The seal shall also be lifted going forward such that all papers filed in this action **after the date of this order shall not be sealed**, unless separately ordered by the court. The Government and the Relators are directed to file appropriate papers within 60 days of the date of this order to effectuate the dismissal of this action. The court **directs** the clerk of court to close this case.

Order –Page 1

**It is so ordered** this 31st day of October, 2023.

_____
Sam A. Lindsay
United States District Judge

Order –Page 2