IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DONALD REZNICEK AND COLLEEN MCFARLAND,<br><br>    Plaintiffs,<br><br>v.<br><br>DALLCO MARKETING, INC. D/B/A ADCO INDUSTRIES *et al.*,<br><br>    Defendants. | Civil Action No. 3:22-CV-332-L |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the United States—as an intervened plaintiff under the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*—and relators Donald Reznicek and Colleen McFarland stipulate to the dismissal of this action, on the following terms and subject to the terms of the settlement agreement previously executed in connection with this action[1]:

1. As to relators, the dismissal is with prejudice.

2. As to the United States, the dismissal is with prejudice only as to the Covered Conduct released in the settlement agreement as to defendants Dallco Marketing, Inc. d/b/a ADCO Industries, Raymond Eugene Davis, Xiamen Atlantis MFC Co., Ltd., and Xiamen Taft Medical Co., Ltd., and is without prejudice as to any other claims and as to any other parties or persons.

3. The defendants have not served an answer or motion for summary judgment (or otherwise appeared in the case at all). *See* Fed. R. Civ. P. 41(a)(1)(A).

---

[1] *See* Notice of Intervention for Purposes of Settlement and Dismissal, Doc. 21 (giving notice of the settlement agreement).

**Stipulation of Dismissal – Page 1**

Respectfully submitted,

| | |
|---|---|
| LEIGHA SIMONTON<br>UNITED STATES ATTORNEY<br><br>/s/ Brian W. Stoltz<br>Brian W. Stoltz<br>Assistant United States Attorney<br>Texas Bar No. 24060668<br>1100 Commerce Street, Third Floor<br>Dallas, Texas 75242-1699<br>Telephone:     214-659-8626<br>Facsimile:      214-659-8807<br>brian.stoltz@usdoj.gov<br><br>Attorneys for the United States | /s/ Andrew M. Miller<br>Cary L. McDougal (Bar No. 13569600)<br>cmcdougal@baronbudd.com<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, TX 75219<br>Telephone: 214.521.3605<br>Facsimile: 214.521.1181<br><br>Andrew M. Miller (Bar No. 24041483)<br>amiller@baronbudd.com<br>Noah M. Rich<br>nrich@baronbudd.com<br>BARON & BUDD, P.C.<br>600 New Hampshire Ave. NW, 10th Floor<br>Washington, DC 20037<br>Telephone: 202.333.4562<br>Facsimile: 202.337.1039<br><br>Attorneys for Relators Donald Reznicek and Colleen McFarland |

**Stipulation of Dismissal – Page 2**